

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　PLAINTIFF<br>　　　　v.<br>ZENAIDO RENTERIA, JR.<br><br>　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>SA 15-328M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

　　Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Friday__, __June 19, 2015__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jay C. Gandhi__, in Courtroom __6A__.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　*(Other custodial officer)*

Dated:　__6-18-2015__　　　　　　　　　　/s/ Jay C. Gandhi
　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge
　　　　　　　　　　　　　　　　　　　　**JAY C. GANDHI**

---